IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BARBARA TORREZ,

    Plaintiff,

vs.                                                          No. CV 95-1554 MV/LCS

JO ANNE B. BARNHART,
**Commissioner of the Social Security Administration,**
    **Defendant.**

## MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Plaintiff's unopposed motion for attorney fees under the Equal Access to Justice Act. (Docs. 11, 14.) Having considered submissions of counsel, relevant law, and being otherwise fully advised, I recommend that the Court **GRANT** Plaintiff's Motion for an Order Authorizing Attorney Fees, and authorize fees in the amount of $5,000.00 for services performed before the federal courts. If this recommendation is adopted, Plaintiff's counsel must refund the any fees received under EAJA pursuant to the Act of Aug. 5, 1985, Pub. L. 99-80, § 3, 99 Stat. 186.

Objections to the foregoing may be made pursuant to 28 U.S.C. § 636(b)(1)(C). Within ten days after a party is served with a copy of these proposed findings and recommendations, that party may, pursuant to § 636(b)(1)(C), file written objections to such proposed findings and recommendations with the Clerk of the United States District Court, 333 Lomas Boulevard N.W., Albuquerque, NM 87102. A party must file any objections within the ten day period if that party wants to have appellate review of the proposed findings and recommendations. If no objections are filed, no appellate review will be allowed.

_____
**LESLIE C. SMITH**
**UNITED STATES MAGISTRATE JUDGE**